147 A.3d 453

IN THE MATTER OF THE ESTATE OF KENNETH E. JAMESON, 667 POMONA AVENUE, HADDONFIELD, MJ 08033(STACY MARIE WOLIN, JENNIFER WOLIN AND STACY MARIE WOLIN AS GUARDIAN AD LITEM FOR BRETT WOLIN-PETITIONERS)

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000169-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.